UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 63,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,, et al.,<br><br>    Defendants. | Case No. 23-cv-04012-SK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Regarding Docket No. 7 |

On August 9, 2023, Plaintiff brought a motion to proceed with the instant action under pseudonyms. (Dkt. No. 6.) Defendants' deadline to oppose this motion was August 23, 2023, and no opposition was filed. Plaintiff alleges she was the victim of rape by an Uber driver, the damages for which are a subject of this lawsuit. (Dkt. Nos. 6, 1 at ¶ 172.) "[M]any federal courts, including the Ninth Circuit, have permitted parties to proceed anonymously when special circumstances justify secrecy." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). Such special circumstances are present when "nondisclosure of the party's identity is necessary … to protect a person from harassment, injury, ridicule or personal embarrassment." *Id.* at 1067-68.

The Court finds that there is ample justification for allowing this vulnerable Plaintiffs to protect her identities through the use of pseudonyms throughout this action. Accordingly, it is HEREBY ORDERED that Plaintiffs may proceed herein under the pseudonym "Jane Doe LS 63."

**IT IS SO ORDERED**.

Dated: August 30, 2023

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge