AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 63, _____ )<br>_Plaintiff_<br>v.<br>UBER TECHNOLOGIES, INC., a Delaware<br>Corporation; RASIER, LLC, a Delaware Limited<br>Liability Company; RASIER-CA, LLC, a Delaware<br>Limited Liability Company; and DOES 1 through 50,<br>Inclusive, _____<br>_Defendant_ | Case No. 3:23-cv-04012-SK |

)
)
)
)
)
)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: September 8, 2023

_Attorney's signature_

Paul A. Alarcon 275036
_Printed name and bar number_

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
_Address_

Paul.Alarcon@bowmanandbrooke.com
_E-mail address_

(310) 768-3068
_Telephone number_

(310) 719-1019
_FAX number_