UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. P.,<br><br>  Plaintiff,<br><br> v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants,<br><br>AND RELATED CASES | Case Nos.  23-cv-03846-JSC<br>23-cv-03970-JSC<br>23-cv-04012-JSC<br>23-cv-04302-JSC<br>23-cv-04364-JSC<br>23-cv-04706-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case, as well as the cases listed below, are REFERRED, to the Honorable Judge Breyer for consideration of whether the case is related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, 3:23-md-03084.

1. *Jane Doe LS 218 v. Uber Technologies, Inc., et al*, 23-cv-03970-JSC
2. *LS 63 v. Uber Technologies, Inc. et al*, 23-cv-04012-JSC
3. *M v. Uber Technologies Inc., et al*, 23-cv-04302-JSC
4. *LS 293 v. Uber Technologies, Inc., et al*, 23-cv-04364-JSC
5. *R v. Uber Technologies, Inc. et al*, 23-cv-04706-JSC

**IT IS SO ORDERED.**

Dated: October 12, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge